Andre Skalski, Appellee, v. Encyclopaedia Britannica, Inc., Appellant.

Gen. No. 45,988.

Lederer, Livingston, Kahn & Adsit, for appellant; Leo H. Arnstein, and Maurice B. Wolf, of counsel; Robert M. Woodward, for appellee; William Unfanger, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 11, 1953; released for publication June 16, 1953.